Audrie G. STEWART, John H. Rhodes, Josephine H. Roberts, Harriet M. King, Appellants at No. 4,

v.

UPPER ALLEN TOWNSHIP ZONING HEARING BOARD, Appellee,

Upper Allen Township and Grantham Woods, et al., Intervenors.

Appeal at No. 5 of John C. TUTEN, Sarah G. Tuten, Richard W. Stevenson, Bonnie K. Stevenson, and Anne G. Miller; Monoghan Township (York County), Intervenors.

Supreme Court of Pennsylvania.

Argued April 6, 1994.

Decided April 22, 1994.

G. Thomas Miller, Harrisburg, for J.C. Tuten, et al.

James H. Stewart, Jr., Harrisburg, for Stewart, Rhodes, Roberts & King.

David R. Getz, Harrisburg, for intervenors Grantham Woods.

William E. Miller, Jr., Harrisburg, for Upper Allen Tp.

### ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice

LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.